UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PATRICK DUNN and HOPE ELLY,**

      **Plaintiffs,**

    v.                              Case No. 5:18-cv-00095-RH-GRJ

**PIER PARK, LLC and SIMON
PROPERTY GROUP, L.P.,**

      **Defendants.**
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants, PIER PARK, LLC and SIMON PROPERTY GROUP, L.P., move this Court for an Order extending the time they must serve their response to the Complaint of Plaintiffs, PATRICK DUNN and HOPE ELLY, up to and including May 22, 2018, based upon the following:

1.    Plaintiffs filed this action against Defendants alleging that certain facilities owned, operated or leased by them fail to comply with the Americans with Disabilities Act and its implementing regulations.

2.    Defendants were served with process on April 18, 2018. Unless the Court extends the deadline, Defendants will be required to serve their responses to the Complaint on May 8, 2018. To properly respond to the Complaint, Defendants

or their attorneys may be required to visit and analyze the locations forming the basis of this action.

3. Under Federal Rule of Civil Procedure 6(b), this Court is authorized to extend the period within which Defendants must respond to the Complaint "if request therefore is made before the expiration of the period originally prescribed." Defendants have filed their request timely under Rule 6(b).

4. Defendants submit that this request for an extension is sought in good faith and not for the purpose of undue delay, but in the interest of justice.

5. Based on the foregoing, Defendants request an extension of time within which to respond to the Complaint, which would re-set the deadline for serving their responses up to and including May 22, 2018.

6. Counsel for the Plaintiffs has indicated that he does not oppose the extension requested by Defendants.

**WHEREFORE**, Defendants, PIER PARK, LLC and SIMON PROPERTY GROUP, L.P., request that this Court enter an Order extending the time within which they must serve their responses to the Complaint up to and including May 22, 2018.

Dated:    May 3, 2018.

                                      Respectfully submitted,

                                      */s/ Brian C. Blair, Esq.*
                                      Brian C. Blair, Esq.
                                      Florida Bar No. 0973084
                                      Email:  bblair@bakerlaw.com

BAKER & HOSTETLER LLP
200 S. Orange Ave., Suite 2300
Orlando, Florida  32801
Telephone:  407-649-4000
Facsimile:  407-841-0168
*Attorneys for Defendants,*
*Pier Park, LLC and Simon Property*
*Group, L.P.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 3, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Michael F. Braun, Esq. at mfb@braun-law.com.

*/s/ Brian C. Blair, Esq.*
Brian C. Blair, Esq.

3